
**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-26771

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jesus (Jesse) F. Arvizu and c/o Connie Munoz, Alvina Maria Arvizu<br>      Debtors.<br><br>U.S. Bank, National Association<br>      Movant,<br>  vs.<br><br>Jesus (Jesse) F. Arvizu and c/o Connie Munoz, Alvina Maria Arvizu, Debtors, Edward J. Maney, Trustee.<br><br>      Respondents. | No. 2:10-BK-19943-GBN<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #23) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated February 13, 2009 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank, National Association is the current beneficiary and Jesus (Jesse) F. Arvizu and c/o Connie Munoz, Alvina Maria Arvizu have an interest in, further described as:

The land referred to in this policy is situated in the STATE OF ARIZONA, COUNTY OF MARICOPA, CITY OF SURPRISE, and described as follows:

PARCEL NO.1:

THE SOUTH HALF OF THE WEST HALF OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 30, TOWNSHIP 5 NORTH, RANGE 1 WEST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA;

PARCEL NO. 2:

AN UNDIVIED INTEREST IN AND TO THE WEST 165 FEET OF THE SOUTH 100 FEET OF Tell NORTH HALF OF THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 25, TOWNSHIP 5 NORTH, RANGE 2 WEST OF THE HILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA

Excepting therefrom that portion of land conveyed to CITY OF SURPRIZE, AN ARIZONA MUNICIPAL CORPORATION by deed recorded 01122/08, as Instrument No. 2008-0056117 of official records.
APN # 503-52-061C

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.